DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORENZO NICHOLS, SR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2891

[May 28, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William Loy Roby, Judge; L.T. Case No. 432004CF000693CFGXMX.

Joey D. Gonzalez Ramos, Coral Gables, and Justin Bonus, Forest Hills, New York, *pro hac vice*, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***